

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00032-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,

v.

Jose Luis **CHAPA**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVK-000745-D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  May 1, 2013

JOINT MOTION TO AFFIRM IN PART AND TO REVERSE AND RENDER IN PART
GRANTED; AFFIRMED IN PART AND REVERSED AND RENDERED IN PART

The parties have filed a joint motion stating they have fully resolved and settled all issues in dispute. The parties ask that we reverse that part of the trial court's August 6, 2012 Order of Expunction of Criminal Records that pertains to the arrest of appellee Jose Luis Chapa on November 13, 2008, and render judgment denying all relief to Chapa regarding all records of the arrest on November 13, 2008. The parties further ask that we affirm the remainder of the trial court's August 6, 2012 order. *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2(a),(c). The motion does not recite any agreement of the parties as to costs.

We grant the motion. The trial court's Order of Expunction of Criminal Records signed August 6, 2012 is reversed and judgment is rendered denying all relief requested by Jose Luis Chapa regarding all records with respect to the following offenses:

Alleged Offenses:              THEFT CLASS A (3 Counts)
Date of Alleged Offense:       11/13/2008
Date of Arrest:                11/13/2008
County Where Arrested:         Webb County
Municipality Where Arrest Occurred:  Laredo
Arresting Agency:              Laredo Police Department
Case Disposition:              Dismissed by District Attorney's Office as part of a plea; cases not reflected on Court's Judgment

Alleged Offenses:              BURGLARY OF A VEHICLE CLASS A (10 Counts)
Date of Alleged Offense:       11/13/2008
Date of Arrest:                11/13/2008
County Where Arrested:         Webb County
Municipality Where Arrest Occurred:  Laredo
Arresting Agency:              Laredo Police Department
Case Disposition:              2009-CRB-76-L2

Alleged Offenses:              THEFT CLASS B (4 Counts)
Date of Alleged Offense:       11/13/2008
Date of Arrest:                11/13/2008
County Where Arrested:         Webb County
Municipality Where Arrest Occurred:  Laredo
Arresting Agency:              Laredo Police Department
Case Disposition:              2009-CRB-76-L2

In all other respects, the trial court's Order of Expunction of Criminal Records signed August 6, 2012 is affirmed.

All costs of this appeal are taxed against appellant. *See* Tex. R. App. P. 42.1(d)(on voluntary dismissal of appeal in civil cases, "[a]bsent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM